■ In the Matter of the Claim of Mensura Hinovic, Appellant, v Greenstar Cooperative Market et al., Respondents. Workers' Compensation Board, Respondent. [974 NYS2d 807]— Lahtinen, J. Appeal from a decision of the Workers' Compensa-

tion Board, filed August 29, 2011, which ruled that payment of workers' compensation benefits to claimant continue at a tentative rate.

Claimant appeals from a decision of the Workers' Compensation Board directing that she continue to receive benefits at a tentative rate, reflecting that she suffers from a partial disability, pending the outcome of efforts to reach a settlement pursuant to Workers' Compensation Law § 32. She did not appeal from that decision, however, until almost two months after it was filed. In the absence of any indication that a lack of appropriate notice of the Board's decision caused that delay, claimant's appeal is untimely and must be dismissed (*see* Workers' Compensation Law § 23; *Matter of McHugh v Daily Freeman*, 61 AD3d 1127, 1128 [2009]; *Matter of Stabak v ISS Intl.*, 248 AD2d 814, 814 [1998], *lv dismissed and denied* 92 NY2d 891 [1998]).

Rose, J.P., Garry and Egan Jr., JJ., concur. Ordered that the appeal is dismissed, without costs.